```
 1  JIM D. SMITH
    ATTORNEY AT LAW
 2  221 S. Second Avenue
    Yuma, Arizona  85364
 3  (928) 783-7809
    Attorney No. 2661
 4
    Attorney for Trustee
 5

 6

 7

 8              IN THE UNITED STATES BANKRUPTCY COURT

 9                  FOR THE DISTRICT OF ARIZONA

10  In Re:                        )      CHAPTER 7 CASE
                                  )Case No. 0:12-bk-00996-SHG
11  JOHN G. SKAGGS,               )
                                  )      TRUSTEE'S SUPPLEMENTAL
12                                ) APPLICATION FOR AUTHORITY TO
                  Debtor.         )      SELL PERSONAL PROPERTY
13  _____)           AT PRIVATE SALE

14      Jim D. Smith, Chapter 7 Trustee, makes Application and states

15  as follows:

16  I.

17      This Application supplements the "Trustee's Application for

18  Authority to Sell Personal Property at Private Sale" (Doc. #98) and

19  this Court's previous "Order Authorizing Sale of Personal Property

20  Free & Clear of Liens" (Doc. #105).

21                                II.

22      That this is a Voluntary Chapter 7 Bankruptcy Case filed on

23  January 19, 2012.

24  . . .

25  . . .

26  . . .
```

|   | III. |
|---|---|

That personal property assets of this Bankruptcy Estate are two older Polaris ATVs, described as:

> **2006 Polaris ATV**
> **Model: Outlaw 500**
> **VIN #: 4XAGP50A562060859**

> **2006 Polaris ATV**
> **Model: Scrambler 500 4X4**
> **VIN #: 4XABG50A764804878**

(Herein the "Polaris ATVs")

IV.

That this Court previously entered an Order authorizing the Trustee to sell the Polaris ATVs, Free & Clear of Liens. See Doc. #98 thru #105.

V.

That the Arizona Department of Transportation, Motor Vehicle Division, will not issue titles based upon the previous Order (Doc. #105) because the vehicle identification numbers are not complete.

VI.

There is no Auctioneer in the Yuma, Arizona area which has been approved by the United States Trustee. The value of the Polaris ATVs do not justify the expenses of delivery to an approved Auctioneer in Phoenix or Tucson.

VIII.

That the only realistic way, in the opinion of the Trustee, is to sell the Polaris ATVs at Private Sale.

. . .

. . .

1    WHEREFORE, the Trustee prays an Order be entered authorizing
2 Trustee sell the Polaris ATVs at Private Sale, with the provisions
3 that the Arizona Department of Transportation, Motor Vehicle
4 Division issue titles for the Polaris ATVs.
5    DATED: January 7, 2016

                                        /s/ Jim D. Smith
                                        Jim D. Smith