| | |
|---|---|
| 1 | JIM D. SMITH |
| | ATTORNEY AT LAW |
| 2 | 221 S. Second Avenue |
| | Yuma, Arizona  85364 |
| 3 | (928) 783-7809 |
| | Attorney No. 2661 |
| 4 | |
| | Attorney for Trustee |
| 5 | |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In Re: | ) | CHAPTER 7 CASE |
|---|---|---|
| | ) | Case No. 0:12-bk-00996-SHG |
| JOHN G. SKAGGS, | ) | |
| | ) | ORDER AUTHORIZING TRUSTEE |
| | ) | TO SELL PERSONAL PROPERTY |
| Debtor. | ) | AT PRIVATE SALE |
| | ) | |

**THIS MATTER** came before the Court for consideration upon the "Trustee's Supplemental Application for Authority to Sell Personal Property at Private Sale" filed herein, based upon the Trustee's Application,

**THE COURT FINDS:**

I.   That Sale of the Personal Property described in the Trustee's Application at Public Auction is not practical or economically feasible, and,

II.  That Notice to Creditors of this Personal Property Sale has previously been given,

and therefore, it is,

. . .

. . .

. . .

**ORDERED, ADJUDGED AND DECREED:**

1. That the Trustee's Application for Authority to Sell Personal Property at Private Sale is granted.

2. That Bankruptcy Trustee, Jim D. Smith, 221 S. 2nd Avenue, Yuma, Arizona is authorized to Sell at Private Sale the following motor vehicles, which are property of this Bankruptcy Estate:

> **2006 Polaris ATV**
> **Model: Outlaw 500**
> **VIN #: 4XAGP50A562060859**
>
> **2006 Polaris ATV**
> **Model: Scrambler 500 4X4**
> **VIN #: 4XABG50A764804878**

3. Upon completion of any Sale, the Trustee shall deposit the Sales Proceeds to the Bankruptcy Estate Account and file a Report of Sale with this Court.

4. That the Arizona Department of Transportation, Motor Vehicle Division is authorized and directed to issue Arizona Certificates of Title for the vehicles described in paragraph 2 above.

**DATED AND SIGNED ABOVE.**

F:\MyFiles\skaggs.john.sell.polaris.atvs.motion.wpd