FORM VAN–049
REVISED 06/16/2015

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 0:12–bk–00996–SHG

JOHN G. SKAGGS  Chapter: 7
31887 CAREFREE DR
PARKER, AZ 85344
**SSAN:** xxx–xx–7201
**EIN:**

Debtor(s)

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that:

A hearing in the above–entitled cause will be held at the U.S. Bankruptcy Court, John M. Roll United States Courthouse, 98 W. 1st Street, Courtroom 1, Yuma, AZ before the Honorable Scott H. Gan on 2/25/16 at 02:30 PM to consider and act upon the following matter:

HEARING ON TRUSTEE'S SUPPLEMENTAL MOTION TO AUTHORIZE TO SELL PERSONAL PROPERTY AT PRIVATE SALE (related document(s)98 Motion to Authorize, 117 Supplemental Motion to Authorize).

Any response or objection shall be filed pursuant to Local Bankruptcy Rule 9013(1)(c), or as set forth by the Court within this notice.

**Date: January 11, 2016**

**Address of the Bankruptcy Clerk's Office:**  Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101  **George Prentice**
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov